IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Mary Lou Brenckman,             :
          Petitioner       :
                                :
        v.                  :
                                :
Department of Human Services,  :  No. 443 C.D. 2018
          Respondent    :

## O R D E R

AND NOW, this 5th day of December, 2019 it is ORDERED that the above-captioned opinion filed October 1, 2019, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
ANNE E. COVEY, Judge